UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

v.

Michael Len Jackson,
   Defendant

Criminal No. 05-278

**FILED**

AUG - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This matter comes before the court on the Defendant's request for an order directing the Department of Corrections to provide the Defendant with a haircut for Court appearances.

It is this 4 day of Aug. 2005 hereby

ORDERED that the Department of Corrections provide the Defendant with a haircut for Court appearances.

IT IS SO ORDERED.

Date: 8/4/05

_____
HONORABLE JUDGE KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE