IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Cr No: 05-278 (CKK)** |
| **V.** | : | |
| | : | |
| **MICHAEL JACKSON** | : | |

### LINE ENTERING APPEARANCE

_____Please enter the appearance of attorney Douglas Wood as private counsel for the Defendant in the above captioned case.

        Respectfully submitted,

        _____
        Douglas Wood
        6801 Kenilworth Ave. #202
        Riverdale, MD 20737
        (301) 699-0764

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing line has been served by mail to, AUSA, 555 Fourth Street, NW, Washington, DC 20530 on this 8th th day of August 2005.

        _____
        Douglas Wood