UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

MICHAEL LEN JACKSON,

Defendant.

Criminal Action No. 05-278-02 (CKK)

## ORDER

It is this 11th day of August, 2005,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the sentencing guidelines for inclusion in a presentence report to be provided to the Court by Friday, October 7, 2005. Once the criminal history calculation for a presentence report in this case is completed it is to be shared with government's counsel and defense counsel.

COLLEEN KOLLAR-KOTELLY
United States District Judge