UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-278-02 (CKK)** |
| | : | |
| **RICO LEE THOMAS,** | : | |
| **MICHAEL LEN JACKSON,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the government's Notice of Intent to Impeach Defendant Michael Len Jackson, it is this _____ day of _____, 2005, hereby

**ORDERED** that, should defendant Michael L. Jackson chose to testify, the government may impeach him with his October 13, 1992 conviction in the District of Columbia of Possession of a Firearm During a Crime of Violence (F-7505-92).

                                                                                                _____
                                                                                                 COLLEEN KOLLAR-KOTELLY
                                                                                                 UNITED STATES DISTRICT JUDGE

copies:

Lionel Andre
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Douglas Wood, Esquire
Roberts & Wood
6801 Kenilworth Avenue
Berkshire Building, Suite 202
Riverdale, MD 20737

Jennifer Wicks
The Webster Building
503 D Street, NW
Suite 250A
Washington, D.C. 20001