UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | |
| v.   : | CRIMINAL NO. 05-278 (CKK) |
| : | |
| RICO LEE THOMAS,   : | |
| MICHAEL LEN JACKSON,   : | |
| : | |
| Defendants.   : | |

## ORDER

Upon the Court's review of the Government's Motion for Leave To Late File Government's Opposition To Defendants' Motion to Suppress Tangible Evidence, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted, and Government's Opposition to Defendant Rico Thomas's Motion to Suppress Tangible Evidence and Government's Opposition to Defendant Michael Jackson's Motion to Suppress Physical Evidence, may be filed by September 22, 2005.

Date: 9/22/05

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

copies to:

Lionel Andre
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Douglas J. Wood, Esquire
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737

Jennifer Wicks, Esquire
The Webster Building
503 D Street, N.W., Suite 250 A
Washington, D.C. 20001