UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-278 (CKK) ~~03-269 (RJL)~~ |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a term Exceeding One Year); 22 D.C. Code § 4504(a) (2001 ed.) (Carrying a Pistol Without a License). |
| MICHAEL LEN JACKSON, | : | |
| Defendant. | : | |

### SUPERSEDING CRIMINAL INFORMATION

The United States Attorney charges that:

KOLLAR-KOTELLY, J. CKK

### COUNT ONE

OCT 18 2005

On or about June 29, 2005, within the District of Columbia, MICHAEL L. JACKSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case Nos. F7505-92, F0137-89 and F6106-80, did unlawfully and knowingly receive and possess a firearm, that is, a Dan Wesson .357 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)).



## COUNT TWO

On or about June 29, 2005, within the District of Columbia, MICHAEL L. JACKSON, did carry, openly or concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

   **(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

                               KENNETH L. WAINSTEIN
                               Attorney of the United States in
                               and for the District of Columbia.
                               Bar No. 451-058

                       BY:     _____
                               LIONEL ANDRE
                               Assistant United States Attorney
                               Bar No. 422-534
                               Federal Major Crimes Section
                               555 4th Street, N.W., Room
                               Washington, D.C. 20530
                               (202) 353 -2481