CO-526
(12/86)

FILED

OCT 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
vs. ) Criminal No. 05-278-02 (CKK)
Michael Len Jackson )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X Michael Jackson
Defendant

D. Wil
Counsel for defendant

I consent:

United States Attorney

Approved:

Colleen Kollar-Kotelly
Judge