AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court  FILED

_____ DISTRICT OF _____

OCT 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Michael Len Jackson

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-278 (CKK)

I, Michael L Jackson, the above named defendant, who is accused of

Carrying a Pistol Without a License, 22 D.C. Code 4504(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 18, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer