HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0278-02</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Jackson, Michael Len | : | Disclosure Date: <u>December 7, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
**Defendant**         **Date**         **Defense Counsel**   12/21/05  **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 21, 2005**, to U.S. Probation Officer <u>Michael Penders</u>, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**                                              Page 2

The defendant has not yet completed his review of PSI, although it was mailed to him at CTF.

Counsel notes no inaccuracies in the report but believes that since the defendant pled guilty to Count Two of the Superseding Criminal Information the maximum penalty is 5 years of incarceration and that the maximum period of incarceration that can be imposed at time of sentencing is 3 years. Count two alleges that the defendant committed the offense in violation of 22 D.C. Code 4504(a). The penalty for that 5 years unless enhancement papers are filed. As far as counsel as aware, no enhancement papers were filed in this case.

Signed by: _____ 353-9414
(Defendant/Defense Attorney/AUSA)

Date: 12/21/05

HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0278-02</u> |
| vs. | : | SSN: <u>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</u> |
| Jackson, Michael Len | : | Disclosure Date: <u>December 7, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
     ( )   There are no material/factual inaccuracies therein.

     ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      _____
**Prosecuting Attorney**      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
     ( )   There are no material/factual inaccuracies therein.

     (✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____
**Defendant**      **Date**      **Defense Counsel**    12/21/05 **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 21, 2005**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer

# ROBERTS & WOOD
### ATTORNEYS AT LAW
6801 KENILWORTH AVENUE
BERKSHIRE BUILDING, SUITE 202
RIVERDALE, MARYLAND 20737

(301) 699-0764
(301) 699-8706 FAX

TERRELL N. ROBERTS, III
(MD, D.C., VA)

DOUGLAS J. WOOD
(MD, D.C.)

CHRISTOPHER A. GRIFFITHS
(MD, D.C.)

NIKKI LOTZE
(MD, D.C.)

MATTHEW E. DAVIES
(MD, D.C.)

# Fax Cover Page

FROM: _D. Wood_                    Date: _12/21/05_

TO FAX #: _202 273-0242_           TIME: _8:30 p.m._

DELIVER IMMEDIATELY TO:

_Michael Pendos_

MESSAGE/INSTRUCTIONS:

_____

_____

_____

_____

IF YOU HAVE ANY PROBLEMS WITH TRANSMISSION, PLEASE CONTACT:

_____

NUMBER OF PAGES (INCLUDING THIS PAGE): _____

The pages comprising this facsimile transmission contain confidential information. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve the transmission at no cost to you.