HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0278-02</u> |
|---|---|---|
| vs. | : | SSN: _____ |
| Jackson, Michael Len | : | Disclosure Date: <u>December 7, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(x) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          12/16/05 and 12/21/05
Prosecuting Attorney                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____   _____
Defendant           Date      Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 21, 2005**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer



HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0278-02</u> |
| vs. | : | SSN: <u>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</u> |
| Jackson, Michael Len | : | Disclosure Date: <u>December 7, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        12/16/05 and 12/21/05
Prosecuting Attorney                                   Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant                  Date              Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 21, 2005</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**  Page 2

The Presentence Investigation Report states in Paragraph 18: "The defendant was on Parole at the time of the instant offense for cases F-137-89, and F-7505-92." The amended certified conviction in Case No. F-137-89 states that the defendant was sentenced on July 18, 1989 to "not less than twenty (20) months nor more than sixty (60) months, concurrent," with a mandatory minimum of 20 months. The Government cannot find any indication that the defendant was still on parole in Case No. F-137-89 on the date of the instant offense, June 29, 2005. At the time of the defendant's arrest in the instant case, the D.C. Pretrial Services Agency prepared a bail report that did not indicate that the defendant was on parole in Case No. F-137-89.

The PSI states in Paragraph 48 that had the defendant been convicted of Count 1 of the superseding information (a violation of 922(g)(1)), he would be subject to 10 years of imprisonment, three years supervised release, and a $250,000. But given that the defendant has prior convictions for armed robbery, PWID PCP, and distribution of cocaine, it would seem that 18 U.S.C. § 924(e)(1) would apply, and the defendant would be subject to a 15-year mandatory minimum if convicted of a violation of § 922(g)(1).

Signed by: _____  
(Defendant/Defense Attorney/AUSA)

Date: 12/16/05 and 12/21/05